MARIO FOGLIO ET AL., RELATORS, v. MAYOR, ETC., CITY OF UNION CITY ET AL., RESPONDENTS.

Argued May 1, 1929—Decided July 18, 1929.

Before Justices Minturn, Black and Campbell.

For the relators, *Robert H. Brenner*.

For the respondents, *Andrew O. Willreich*.

Per Curiam.

This is an application for a *mandamus* to compel the issuance of a building permit to relators to make certain alterations to a presently existing building on 100 New York avenue, in the city of Union City, by moving such building forward to the street line, from which it now sets back thirty feet, and building an addition thereto.

We find nothing in the facts before us legally justifying the refusal to issue the permit in question and an order for the issuance of a peremptory *mandamus* as prayed for may be taken and entered.